**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ADRIENNE CORDER, | |
| *Plaintiff*, | |
| v. | Civil Action No. 1:22-cv-03676 (CJN) |
| COMMUNITY OF HOPE, | |
| *Defendant*. | |

**ORDER**

For the reasons stated in the Court's [12] Memorandum Opinion, it is **ORDERED** that Defendant's Motion to Dismiss, ECF 3, is **GRANTED**. It is further **ORDERED** that the case is **DISMISSED.**

This is a final appealable order.

The Clerk of the Court is directed to terminate the case.

DATE: October 24, 2024

CARL J. NICHOLS
United States District Judge